# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV13-114 GAF (SHx) | Date | September 19, 2013 |
|---|---|---|---|
| Title | CARLOS SANDOVAL v. CAL-WESTERN RECONVEYANCE CORPORATION, et al. | | |

| Present: The Honorable | GARY ALLEN FEES, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes Kerr | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court will deem plaintiff's Application to File a Third Amended Complaint, filed on September 18, 2013 [24], as a noticed motion which will be heard on Monday, October 21, 2013 at 9:30 a.m. If defendant does not oppose the motion, a notice of non-opposition should promptly be filed. Otherwise, defendant's opposition must be filed by no later than September 30, 2013. Any reply to the opposition must be filed by October 7, 2013.

|  | : |
|---|---|
| Initials of Preparer | SMO |