

FILED
CLERK, U.S. DISTRICT COURT

MAY 20 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SANDOVAL | **CASE NUMBER** |
| | 2:13-cv-00114 GAF (SHx) |
| Plaintiff(s), | |
| v. | |
| WELLS FARGO BANK, NA | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety. WITHOUT PREJUDICE.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

IT IS SO ORDERED
Dated 5/20/14

_____
United States District Judge

_____5/16/14_____
*Date*

_____Carlos Sandoval_____
*Signature of Attorney/Party*

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for
summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive
pleading or prior to the beginning of trial.*